UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DUONG DUNG HOANG,

                    Petitioner,

        v.

WARDEN,

                    Respondent.

Case No. 5:26-cv-02187-SSC

JUDGMENT

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that the first amended petition (ECF 14) is denied without prejudice.

DATED:  July 13, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE